# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ADELANA AKINDES, OSCAR WALTON, DANICA GAGLIANO-DELTGEN, and VICTOR GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF KENOSHA, COUNTY OF KENOSHA, DAVID G. BETH, DANIEL MISKINIS, and JOHN DOES 1-100, <br><br> Defendants. | Case No. 20-CV-1353-JPS <br><br><br> **JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that Defendants Kenosha County, David G. Beth, and Daniel Miskinis be and the same are hereby **DISMISSED** from this action (ECF No. 45);

 **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' stipulation of dismissal of the claims of Plaintiffs Adelana Akindes and Oscar Walton as to Defendants City of Kenosha and John Does 1–100, ECF No. 43, be and the same is hereby **ADOPTED** (ECF No. 45);

 **IT IS FURTHER ORDERED AND ADJUDGED** that the claims of Plaintiffs Adelana Akindes and Oscar Walton as to Defendants City of Kenosha and John Does 1–100 be and the same are hereby **DISMISSED with prejudice** and without costs (ECF No. 45);

 **IT IS FURTHER ORDERED AND ADJUDGED** that the remaining claims of Plaintiffs Danica Gagliano-Deltgen and Victor Garcia against

Defendants City of Kenosha and John Does 1-100 be and the same are hereby **DISMISSED without prejudice** (ECF No. 48); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** (ECF No. 48).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

August 18, 2022
Date

*s/ Jodi L. Malek*
By: Deputy Clerk